**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,**

v.

**John Patrick SWEET, Respondent.**

Supreme Court of Pennsylvania.

April 17, 2001.

Timothy P. Wile, Asst. Counsel-In-Charge, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, Gen. Counsel, for petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 17th day of April, 2001, the Petition for Allowance of Appeal is hereby GRANTED, the order of the Commonwealth Court is VACATED, and the matter is REMANDED for consideration in light of *PennDOT v. McCafferty*, 563 Pa. 146, 758 A.2d 1155 (2000), and *Harrington v. PennDOT*, 563 Pa. 565, 763 A.2d 386 (2000).